No. 540. THE PEOPLE *v.* CARABALLO.—
No. 541. THE PEOPLE *v.* PÉREZ.—
No. 538. THE PEOPLE *v.* ORTIZ.—
No. 543. THE PEOPLE *v.* CRUZ.—
No. 542. THE PEOPLE *v.* MONTAÑEZ.—
No. 539. THE PEOPLE *v.* PÉREZ.—
No. 544. THE PEOPLE *v.* COTO.—
No. 545. THE PEOPLE *v.* CRUZ.—
No. 547. THE PEOPLE *v.* ROBLES.—
No. 550. THE PEOPLE *v.* CARABALLO.—
No. 552. THE PEOPLE *v.* GALLO.—
No. 549. THE PEOPLE *v.* COLÓN.—
No. 546. THE PEOPLE *v.* DÍAZ.—
No. 551. THE PEOPLE *v.* RAMOS.—

Appeals from the District Court of Humacao in cases for violation of the election law. Decided March 6, 7, 10 and 12, 1913. Judgments appealed from of November 1, 1912, affirmed. *Mr. Frank Martínez,* acting *fiscal,* for The People. The appellants did not appear.

———

No. 960. VEVE ET AL. *v.* THE FAJARDO DEVELOPMENT COMPANY.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided March 10, 1913. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Luis Muñoz Morales* for the mover. *Mr. Horacio S. Belaval* for the adverse party.